IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ELITE SPINE GROUP, INC. A/A/O
MELIZA PEREZ,

      Appellant,

 v.

FLORIDA INSURANCE GUARANTY
ASSOCIATION,

      Appellee.

Case No.  5D22-1056
LT Case No. 2019-14691-CODL

_____/

Decision filed February 14, 2023

Appeal from the County Court
for Volusia County,
Angela Dempsey, Judge.

Chad A. Barr, of Chad Barr Law,
Altamonte Springs, for Appellant.

F. Bradley Hassell, of Hassell-Legal,
PA, Daytona Beach, for Appellee.


PER CURIAM.

    AFFIRMED.


EISNAUGLE, KILBANE and MACIVER, JJ., concur.